IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:24CR106 |
| v. | |
| PAUL BILLINGSLEY, and ELISSA LARSON, | **ORDER** |
| Defendants. | |

This matter is before the Court on defendant Paul Billingsley's Unopposed Motion to Continue Trial (Filing No. 61). Counsel needs additional time to review extensive discovery and prepare for trial. The government and counsel for co-defendant have no objection to the continuance. For good cause shown,

IT IS ORDERED that the Unopposed Motion to Continue Trial (Filing No. 61) is granted as follows:

1. The jury trial, **for both defendants**, now set for May 12, 2025, is continued to **July 21, 2025.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and July 21, 2025**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

Dated this 6th day of May 2025.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge